442 A.2d 340

Commonwealth v. Sherman, Appellant.

Submitted March 9, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.